

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2014

No. 04-14-00605-CV

**IN RE** Maria **VALDIVIA** (Estrada)

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Relator filed this petition for writ of mandamus on August 26, 2014. On November 6, 2104, relator advised this court that the issues raised by the mandamus petition have become moot, and requested that the proceeding be dismissed.

Relator's motion to dismiss for mootness is GRANTED. This original mandamus proceeding is DISMISSED AS MOOT. The temporary stay previously ordered by this court is LIFTED, as it has also become moot.

It is so **ORDERED** on November 10th, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2005-CI-17414, styled *In the Interest of A.V. and A.V., Children*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.